## MILWAUKIE COMPANY OF JEHOVAH'S WITNESSES *v.* MULLEN ET AL.

No. 767.   Decided May 4, 1959.

*Hayden C. Covington* for appellant.

PER CURIAM.

The appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

## MINNEY *v.* CITY OF AZUSA.

No. 768.   Decided May 4, 1959.

*Hayden C. Covington* for appellant.

PER CURIAM.

The appeal is dismissed for want of a properly presented federal question.